PER CURIAM.

(No. 74-CC-382—Claimant )

HAROLD S. MARSHALL, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed March 25, 1974.*

HAROLD S. MARSHALL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER,
Assistant Attorney General, for Respondent.

PER CURIAM.